

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00082-CV

**IN RE: THE COMMITMENT OF ESTEVAN RIOJAS,**

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-02857
The Honorable Lamar McCorkle, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court